Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PETER, NANCY ELLEN | § Case No. 13-14537 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 08, 2013. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $    7,589.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 54.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,534.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

5. Attached as **Exhibit B** is the receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/17/2013 and the deadline for filing governmental claims was 10/05/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,508.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,508.90, for a total compensation of $1,508.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/25/2014     By: /s/Ira Bodenstein
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 13-14537
Case Name: PETER, NANCY ELLEN

Period Ending: 02/25/14

Trustee: (330129) Ira Bodenstein
Filed (f) or Converted (c): 04/08/13 (f)
§341(a) Meeting Date: 05/31/13
Claims Bar Date: 10/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential Property - 1215 N. Williams Drive, P | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Glenview State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Glenview State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Credit Union Account with Corporate America Cred | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance with Metlife | 14,000.00 | 717.00 | | 0.00 | FA |
| 6 | 401 with Great West Retirement Services | 8,000.00 | 0.00 | | 0.00 | FA |
| 7 | 100% Pegg Ed, Inc. (not operating) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Anticipated income tax return | 3,500.00 | 3,500.00 | | 6,603.00 | FA |
| 9 | 2011 Nissan Sentra - 32,000 miles | 17,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 State tax refund (u) | 0.00 | 0.00 | | 986.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $144,050.00 | $4,217.00 | | $7,589.00 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):                    Current Projected Date Of Final Report (TFR):

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:  13-14537
Case Name:  PETER, NANCY ELLEN

Taxpayer ID #:  **-***9390
Period Ending:  02/25/14

Trustee:  Ira Bodenstein (330129)
Bank Name:  Rabobank, N.A.
Account:  ******4266 - Checking Account
Blanket Bond:  $5,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/13 | {10} | Nancy Peter | 2012 Illinois tax refund | 1224-000 | 986.00 | | 986.00 |
| 08/21/13 | {8} | Nancy Peter | 2012 Federal tax refund | 1129-000 | 6,603.00 | | 7,589.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,579.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 7,568.47 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 7,556.50 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 7,546.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.93 | 7,534.43 |
| | | | ACCOUNT TOTALS | | 7,589.00 | 54.57 | $7,534.43 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,589.00 | 54.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,589.00 | $54.57 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4266 | 7,589.00 | 54.57 | 7,534.43 |
| | $7,589.00 | $54.57 | $7,534.43 |

{} Asset reference(s)

Printed: 02/25/2014 02:40 PM    V.13.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: October 17, 2013

Case Number: 13-14537  
Debtor Name: PETER, NANCY ELLEN

Page: 1

Date: February 25, 2014  
Time: 02:40:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,508.90 | $0.00 | 1,508.90 |
| NOTFILED<br>100 | Metropolital Life Insurance Company<br>PO Box 7250<br>Johnstown, PA 15907-7250 | Secured | 6885838 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Secured | 7080267174969 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas, TX 75266 | Secured | 102462034390001 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 6011007406227891 | $15,536.70 | $0.00 | 15,536.70 |
| 2<br>610 | Wells Fargo Bank NA<br>Wells Fargo Card Services<br>1 Home Campus,3rd Floor<br>Des Moines, IA 50328 | Unsecured | 4465420397637091 | $5,299.49 | $0.00 | 5,299.49 |
| 3<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br><br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 5856374049107751 | $125.88 | $0.00 | 125.88 |
| 4<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 6393050330902529 | $324.64 | $0.00 | 324.64 |
| 5<br>610 | Goal Financial<br>American Education Services<br>PO Box 8183<br>Harrisburg, PA 17105 | Unsecured | 1974591073PA00001<br>---<br>Schedule E Account: 1974591073PA00002 | $59,591.04 | $0.00 | 59,591.04 |
| NOTFILED<br>610 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured | 4376706120020 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Northshore University Health Systes Hositol<br>Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | Unsecured | 31136 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Glenview State Bank<br>800 Waukegan Rd<br>Glenview, IL 60025 | Unsecured | 30000000007299947 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: October 17, 2013

Case Number: 13-14537  
Debtor Name: PETER, NANCY ELLEN

Page: 2

Date: February 25, 2014  
Time: 02:40:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Comenity Bank/Carsons<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Unsecured | 2117120008491211 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Dressbrn<br>Po Box 182789<br>Columbus, OH 43218 | Unsecured | 5856370467997301 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 82,386.65 | 0.00 | 82,386.65 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-14537
Case Name: PETER, NANCY ELLEN
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 7,534.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,534.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,508.90 | 0.00 | 1,508.90 |

Total to be paid for chapter 7 administration expenses: $ 1,508.90
Remaining balance: $ 6,025.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,025.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,025.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Primary claims of general (unsecured) creditors totaling $80,877.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,536.70 | 0.00 | 1,157.51 |
| 2 | Wells Fargo Bank NA | 5,299.49 | 0.00 | 394.82 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 125.88 | 0.00 | 9.38 |
| 4 | Capital One, N.A. | 324.64 | 0.00 | 24.19 |
| 5 | Goal Financial | 59,591.04 | 0.00 | 4,439.63 |

Total to be paid for timely general unsecured claims: $ 6,025.53
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

UST Form 101-7-TFR (05/1/2011)