| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 03/25/2014 |
| (312) 666-2861 | Hearing Time: | 10:30 a.m. |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   PETER, NANCY ELLEN    §    Case No. 13-14537
                              §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/25/2014 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 02/27/2014          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 666-2861  
Chapter 7 Trustee

The Honorable:  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

TIMOTHY A. BARNES

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: PETER, NANCY ELLEN               § Case No. 13-14537
                                        §
                                        §
Debtor(s)                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 7,589.00 |
| and approved disbursements of | $ 54.57 |
| leaving a balance on hand of [1] | $ 7,534.43 |
| **Balance on hand:** | $ 7,534.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 7,534.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,508.90 | 0.00 | 1,508.90 |

Total to be paid for chapter 7 administration expenses: $ 1,508.90  
Remaining balance: $ 6,025.53

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00<br>
Remaining balance:   $   6,025.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00<br>
Remaining balance:   $   6,025.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,877.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,536.70 | 0.00 | 1,157.51 |
| 2 | Wells Fargo Bank NA | 5,299.49 | 0.00 | 394.82 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 125.88 | 0.00 | 9.38 |
| 4 | Capital One, N.A. | 324.64 | 0.00 | 24.19 |
| 5 | Goal Financial | 59,591.04 | 0.00 | 4,439.63 |

Total to be paid for timely general unsecured claims:   $   6,025.53<br>
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 13-14537-TAB
Nancy Ellen Peter                                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps                Page 1 of 1           Date Rcvd: Feb 28, 2014
                              Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2014.
db          +Nancy Ellen Peter,    1215 N. Williams Drive,    Palatine, IL 60074-9314
20299269    +Aes/Goal Financial,    1200 N 7th St,   Harrisburg, PA 17102-1419
20971159     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20299271    +Comenity Bank/Carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
20299272    +Comenity Bank/Dressbrn,    Po Box 182789,   Columbus, OH 43218-2789
20299273    +Comenity Bank/Pier 1,    4590 E Broad St,   Columbus, OH 43213-1301
21087203    +Goal Financial,   American Education Services,    PO Box 8183,    Harrisburg, PA 17105-8183
20299277    +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
20299278     Metropolitan Life Insurance Company,    PO Box 7250,    Johnstown, PA 15907-7250
20299279    +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
20299280     Northshore University Health Systes,    Hosital Billing,    23056 Network Place,
              Chicago, IL 60673-1230
20299282    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701)
20299281    +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
20771114    +Wells Fargo Bank NA,    Wells Fargo Card Services,    1 Home Campus,   3rd Floor,
              Des Moines, IA 50328-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20753277      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20299274     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
20299275     +E-mail/Text: bankruptcy@gsb.com Mar 01 2014 01:16:44     Glenview State Bank,   800 Waukegan Rd,
               Glenview, IL 60025-4310
20299276     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2014 01:15:16      Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20850186      E-mail/Text: bnc-quantum@quantum3group.com Mar 01 2014 01:15:53
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20299270*    +Aes/Goal Financial,   1200 N 7th St,   Harrisburg, PA 17102-1419
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2014 at the address(es) listed below:
              Alexey Y Kaplan    on behalf of Debtor Nancy Ellen Peter alex@alexkaplanlegal.com
              Ira Bodenstein     iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3