**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: PETER, NANCY ELLEN | § | Case No. 13-14537 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $140,550.00
*(without deducting any secured claims)*

Assets Exempt: $12,000.00

Total Distribution to Claimants: $6,025.53

Claims Discharged Without Payment: $77,959.22

Total Expenses of Administration: $1,563.47

3) Total gross receipts of $ 7,589.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $7,589.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,631.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,563.47 | 1,563.47 | 1,563.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,139.00 | 80,877.75 | 80,877.75 | 6,025.53 |
| **TOTAL DISBURSEMENTS** | $228,770.00 | $82,441.22 | $82,441.22 | $7,589.00 |

4) This case was originally filed under Chapter 7 on April 08, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2014 By: /s/Ira Bodenstein

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated income tax return | 1129-000 | 6,603.00 |
| 2012 State tax refund | 1224-000 | 986.00 |
| **TOTAL GROSS RECEIPTS** | | $7,589.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Metropolitan Life Insurance Company | 4110-000 | 10,333.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 120,278.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptanc | 4110-000 | 20,020.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $150,631.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,508.90 | 1,508.90 | 1,508.90 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.53 | 10.53 | 10.53 |
| Rabobank, N.A. | 2600-000 | N/A | 11.97 | 11.97 | 11.97 |
| Rabobank, N.A. | 2600-000 | N/A | 10.14 | 10.14 | 10.14 |
| Rabobank, N.A. | 2600-000 | N/A | 11.93 | 11.93 | 11.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,563.47 | $1,563.47 | $1,563.47 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | None | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 15,536.00 | 15,536.70 | 15,536.70 | 1,157.51 |
| 2 | Wells Fargo Bank NA | 7100-000 | 5,299.00 | 5,299.49 | 5,299.49 | 394.82 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | 246.00 | 125.88 | 125.88 | 9.38 |
| 4 | Capital One, N.A. | 7100-000 | 324.00 | 324.64 | 324.64 | 24.19 |
| 5 | Goal Financial | 7100-000 | 53,627.00 | 59,591.04 | 59,591.04 | 4,439.63 |
| NOTFILED | Mcydsnb | 7100-000 | 307.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University Health Systes Hosital Billing | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | Glenview State Bank | 7100-000 | 837.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Carsons | 7100-000 | 1,494.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Dressbrn | 7100-000 | 275.00 | N/A | N/A | 0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $78,139.00 | $80,877.75 | $80,877.75 | $6,025.53 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14537
**Case Name:** PETER, NANCY ELLEN

**Period Ending:** 06/16/14

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 04/08/13 (f)
**§341(a) Meeting Date:** 05/31/13
**Claims Bar Date:** 10/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential Property - 1215 N. Williams Drive, P | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Glenview State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Glenview State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Credit Union Account with Corporate America Cred | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance with Metlife | 14,000.00 | 717.00 | | 0.00 | FA |
| 6 | 401 with Great West Retirement Services | 8,000.00 | 0.00 | | 0.00 | FA |
| 7 | 100% Pegg Ed, Inc. (not operating) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Anticipated income tax return | 3,500.00 | 3,500.00 | | 6,603.00 | FA |
| 9 | 2011 Nissan Sentra - 32,000 miles | 17,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 State tax refund (u) | 0.00 | 0.00 | | 986.00 | FA |
| **10** | **Assets Totals** (Excluding unknown values) | **$144,050.00** | **$4,217.00** | | **$7,589.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims.
Prepare and file TFR.

**Initial Projected Date Of Final Report (TFR):** September 30, 2014 **Current Projected Date Of Final Report (TFR):** February 27, 2014 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 13-14537
**Case Name:** PETER, NANCY ELLEN

**Taxpayer ID #:** **-***9390
**Period Ending:** 06/16/14

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******4266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/13 | {10} | Nancy Peter | 2012 Illinois tax refund | 1224-000 | 986.00 | | 986.00 |
| 08/21/13 | {8} | Nancy Peter | 2012 Federal tax refund | 1129-000 | 6,603.00 | | 7,589.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,579.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 7,568.47 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 7,556.50 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 7,546.36 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.93 | 7,534.43 |
| 03/26/14 | 101 | Ira Bodenstein | Final trustee compensation TFR approved 3/25/2014 | 2100-000 | | 1,508.90 | 6,025.53 |
| 03/26/14 | 102 | Discover Bank | Ref # 6011007406227891 | 7100-000 | | 1,157.51 | 4,868.02 |
| 03/26/14 | 103 | Wells Fargo Bank NA | Ref # 4465420397637091 | 7100-000 | | 394.82 | 4,473.20 |
| 03/26/14 | 104 | Quantum3 Group LLC as agent for Comenity Bank | Ref # 5856374049107751 | 7100-000 | | 9.38 | 4,463.82 |
| 03/26/14 | 105 | Capital One, N.A. | Ref # 6393050330902529 | 7100-000 | | 24.19 | 4,439.63 |
| 03/26/14 | 106 | Goal Financial | Ref # 1974591073PA00001 | 7100-000 | | 4,439.63 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **7,589.00** | **7,589.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **7,589.00** | **7,589.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,589.00** | **$7,589.00** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******4266** | **7,589.00** | **7,589.00** | **0.00** |
| | **$7,589.00** | **$7,589.00** | **$0.00** |